UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS JAMAL BROWN,

Plaintiff,

v.

ISAAC MANN, et al.,

Defendants.
_________________________________/

CASE No. 1:25-CV-759

HON. ROBERT J. JONKER

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed Magistrate Judge Berens' Report and Recommendation (ECF No. 23), Plaintiff's Objection to the Report and Recommendation (ECF No. 24) and Defendant's Response (ECF No. 25). Under the Federal Rules of Civil Procedure, where, as here, a party has objected to portions of a Report and Recommendation, "[t]he district judge . . . has a duty to reject the magistrate judge's recommendation unless, on de novo reconsideration, he or she finds it justified." 12 WRIGHT, MILLER, & MARCUS, FEDERAL PRACTICE AND PROCEDURE § 3070.2, at 381 (2d ed. 1997). Specifically, the Rules provide that:

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

FED R. CIV. P. 72(b)(3). De novo review in these circumstances requires at least a review of the evidence before the Magistrate Judge. *Hill v. Duriron Co.*, 656 F.2d 1208, 1215 (6th Cir. 1981). The Court has reviewed de novo the claims and evidence presented to the Magistrate Judge; the

Report and Recommendation itself; and Plaintiff's objections. After its review, the Court finds the Magistrate Judge's Report and Recommendation is factually sound and legally correct.

The Magistrate Judge recommends granting the defense motion for summary judgment and dismissing this case. Plaintiff's objections fail to deal in a meaningful way with the Magistrate Judge's analysis. In fact, they are wholly insufficient to warrant de novo review. An objection which is not "clear enough to enable the district court to discern those issues that are dispositive and contentious," is insufficient to permit review of the magistrate's report. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). Thus, a "general objection to a magistrate's report, which fails to specify the issues of contention, does not satisfy the requirement that an objection be filed." *Id.* Here, Plaintiff makes a conclusory objection to the Magistrate Judge's Report and Recommendation without citing to any case law to support his position or making any attempt at arguing why the Magistrate Judge erred. He does not even reference his claims of excessive force and retaliation. Plaintiff's objection, then, is without merit. The Magistrate Judge carefully and thoroughly considered the record and the governing law. The Magistrate Judge properly analyzed the law. Nothing in Plaintiff's Objections changes the fundamental analysis. The Court agrees with the Magistrate Judge that the defense motion should be granted and Plaintiff's Complaint be dismissed for the very reasons articulated by the Magistrate Judge.

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 23) is **APPROVED AND ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Mann's Motion for Summary Judgment (ECF No. 19) is **GRANTED.**

This case is **CLOSED.**

A separate Judgment shall enter.

Dated: November 25, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE